UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61930-CIV-DIMITROULEAS

COURTNEY W. THOMPSON,

    Plaintiff,

vs.

AMERICAN CREDIT COLLECTIONS, LLC,

    Defendant.
_____/

## FINAL DEFAULT JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Default Final Judgment [DE 10], filed herein on January 6, 2012.  The Court granted the Motion in an Order entered separately today.  Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Default Final Judgment [DE 10] is hereby **GRANTED**;

2. Final Default Judgment is hereby entered in favor of Plaintiff COURTNEY W. THOMPSON and against Defendant AMERICAN CREDIT COLLECTIONS, LLC in the amount of $1,000.00 for Defendant's violation of the Fair Debt Collection Practices Act and $73,500.00 for Defendant's violation of the Telephone Consumer Protection Act, for a total of $74,500.00, plus post judgment interest at the legal rate, for which let execution issue;

3. The Court retains jurisdiction in the matter of Plaintiff's attorney's fees and costs;

4. Defendant is hereby **PERMANENTLY ENJOINED** from placing

    non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent;

5.  This case is now **CLOSED** and any pending motions not otherwise ruled upon are **DENIED** as moot.

  **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of January, 2012.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

AMERICAN CREDIT COLLECTIONS, LLC
921 Oak Street
Scranton, Pennsylvania 18508

Michele Walsh
AMERICAN CREDIT COLLECTIONS, LLC
921 Oak St.
Scranton, Pa. 18508